# UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

IN RE,

GENERAL MOTORS CORP., ET AL.,   CASE# 09-50026

DEBTORS.

------------------------------------/

## PLAINTIFF'S NOTICE OF APPEAL

Hereby, plaintiff, Sherif Rafik Kodsy, herein as pro'se gives notice of a filing of an appeal to the order filed on November 7th, 2013.



RECEIVED NOV 25 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THIS NOTICE WAS E-MAILED AND MAILED TO THE DEFENDANTS' ATTORNEYS OF RECORD, ON NOVEMBER 21ST, 2013.

*[signature]*

SHERIF R. KODSY

605 NORTH RIVERSIDE DRIVE

POMPANO BEACH, FLORIDA 33062

561-294-3046

COPY(S) TO:
WEIL, GOTSHAL & MANGES LLP., 767 FIFTH AVENUE
NEW YORK, NEW YORK 10153

ii