UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Motors Liquidation Company_

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

_Sherif Rafik Kodsy_

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_General Motors Et Al._
_Debtors_

___ Civ. _09 50026_ ( )( )

**REQUEST TO PROCEED
IN FORMA PAUPERIS
ON APPEAL**

I, _Sherif Rafik Kodsy_ (print or type your name) am the plaintiff/petitioner in the above entitled case and I hereby request to proceed in forma pauperis on appeal and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

The issues I desire to present on appeal are the following: _Motion for Summary Judgment - Product Defect - Strict Liability - Negligence which caused injuries_

1.  If you are presently employed:
     a) give the name and address of your employer
     b) state the amount of your earnings per month

_I am a self employed person that vends outside has an unreliable earning of approx $850 per month before expenses_

2.  If you are NOT PRESENTLY EMPLOYED:
     a) state the date of start and termination of your last employment
     b) state your earnings per month
     **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

_Since 2008 soon after the purchase of the subject vehicle where bed rest was needed and plaintiff had to close his construction business, plaintiff earned $1000 - a week after expenses - Approx -_

Rev. 07/2007

1

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

I Received Money From Family Approx $5000.00

a) Are you receiving any public benefits?  (G No.)   G Yes, $_____.

b) Do you receive any income from any other source? (G No.)   G Yes, $_____.

4. Do you have any money, including any money in a checking or savings account? If so, how much?

G No.  (G Yes) $ 100 —

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

(G No.) G Yes,  $ _____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

G No. (G Yes)  350 A Month — Rent

7. List the person(s) that you pay money to support and the amount you pay each month.

Car Payment 400 – Insurance 150 – Rent 350 – Cell phone 40

8. State any special financial circumstances which the Court should consider.

I currently only work part time Due to my Injuries and ability to lift and perform for only a limited period — where my family helps me when I need to pay my bills —

*Rev. 07/2007*

2

I understand that a false statement or answer to any question in this declaration shall subject me to the penalties for perjury.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __29th__ day of __November 2013__
          *date*               *month*     *year*

_____
*Signature*

**Let the applicant proceed on appeal without prepayment of cost or fees or the necessity of giving security therefor.**

_____
United States District Judge

DATED: _____ ___, 20__

_____, New York

*Rev. 07/2007*

3